LELA MOORE EGRY, Respondent, v. RENITA KRAMER, Appellant, Impleaded with Another.— Order granting plaintiff's motion to open her default and for other relief unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

STELLA WEINER, as Administratrix, etc., of SAMUEL WEINER, Deceased, Appellant, v. J. I. HASS, INC., and CHARLES GERSH, Respondents.— Order denying plaintiff's motion to open her default and to vacate judgment unanimously reversed, with twenty dollars costs and disbursements, and motion to open default and to vacate judgment granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

WILLIS F. HUNTER v. AMERICAN HOME FIRE ASSURANCE Co. (Formerly Known as AMERICAN CONSTITUTION FIRE ASSURANCE Co. OF NEW YORK).— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

PENNSYLVANIA-DIXIE CEMENT CORPORATION v. BEATRICE EDELMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HAROLD L. TUNISON and Others v. RICHARD WHITNEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

ABNER GREENBERG v. MARYLAND CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between SAMUEL FINKELSTEIN & BRO. and COLONIAL MILLS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

JAMES B. MARTIN and Another, as Administratrix, etc., of LEWIN H. USILTON, Deceased, v. DIMARCO & REIMANN, INC., Impleaded, etc.— Motion for resettlement denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JACOB KATZ, for an Order of Certiorari against JACOB GOULD SCHURMAN, JR., as Chief City Magistrate of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.